IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SIR DEMARCO D. BLEDSOE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-13-1323-D |
| | ) | |
| THE STATE OF OKLAHOMA, | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER OF DISMISSAL

This matter is before the Court for review of the Report and Recommendation issued on January 17, 2014 by United States Magistrate Judge Shon T. Irwin pursuant to 28 U.S.C. §636 (b)(1)(B) and (C). Judge Irwin conducted a preliminary review, construed the petition as brought pursuant to 28 U.S.C. § 2241, and recommended that the petition be dismissed on filing because Petitioner failed to exhaust his claims in state court.

In the Report and Recommendation, Judge Irwin advised Petitioner of the right to file objections to the same and directed Petitioner to file any objections no later than February 3, 2014. The deadline for filing objections has expired; to date, Petitioner has not filed objections or sought an extension of time in which to do so. Because Petitioner has failed to file an objection, further review of all issues is waived. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 East 30th Street*, 73 F.3d 1057, 1059-60 (10th Cir. 1996). For this reason, and for the reasons fully set forth in the Report and Recommendation, the Court finds the Petition should be dismissed upon filing without prejudice.

IT IS THEREFORE ORDERED that the Court adopts the Report and Recommendation [Doc. No. 8] in its entirety. The Petition is dismissed without prejudice to refiling.

IT IS SO ORDERED this 13th day of February, 2014.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE